1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   DANIEL MENDOZA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:24-cr-00144-KES |
12 | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
13 | vs. | Date:  March 3, 2025 |
14 | DANIEL MENDOZA, | Time:  9:30 a.m. |
15 | Defendant. | |

17       IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Calvin Lee, counsel for plaintiff, and Assistant Federal

19 Defender Reed Grantham, counsel for Daniel Mendoza, that the sentencing hearing currently

20 scheduled for February 3, 2025, at 9:30 a.m. may be continued to March 3, 2025, at 9:30 a.m.

21       On December 9, 2024, Mr. Mendoza admitted Charges 1 and 2 of the supervised release

22 violation petition that was filed on November 27, 2024. *See* Dkt. #9, #5. At that time, sentencing

23 was set for February 3, 2025. *See* Dkt. #9. The parties have been engaged in discussions

24 regarding sentencing in this matter and require additional time to assess the matter prior to

25 sentencing.

26       The government does not oppose the continuance of the sentencing in this matter to the

27 date proposed herein. The requested continuance is made with the intention of conserving time

28 and resources for both the parties and the Court. The government is in agreement with this

request and the requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: January 15, 2025

*/s/ Calvin Lee*
CALVIN LEE
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 15, 2025

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
DANIEL MENDOZA

# **O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, February 3, 2025, at 9:30 a.m. be continued to Monday, March 3, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   January 15, 2025

_____
UNITED STATES DISTRICT JUDGE