| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
DANIEL MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00144-KES |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE AND TRANSPORT TO WESTCARE** |
| vs. | |
| DANIEL MENDOZA, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Daniel Mendoza (USMS #45005-510) shall be released from the Central Valley Annex on Wednesday, March 5, 2025, at 9:30 a.m. and immediately transported to WestCare, located at 611 E. Belmont Ave., Fresno, CA 93701, for intake and admission into the program. To ensure his safe and immediate transport to WestCare, the Central Valley Annex will release Mr. Mendoza to Kevin Mitchel from the Federal Defender's Office, for immediate and direct transport to the WestCare. Probation has informed counsel that WestCare is prepared for Mr. Mendoza's arrival for intake on Wednesday, March 5, 2025, at 12:00 p.m. While enrolled in the program, Mr. Mendoza will remain subject to all terms and conditions of his supervised release previously ordered.

//

//

//

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: ___March 3, 2025___

_____
UNITED STATES DISTRICT JUDGE

Mendoza – Order for Release